Form NTCDSMS (02/16)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Interlogic Outsourcing, Inc.**<br><br>**Universal Credit Services, Inc.**<br>**Debtor**<br><br>**Interlogic Outsourcing, Inc.**<br>**KeyBank National Association**<br>**Does 1–10; jointly and severally**<br>**Plaintiff**<br><br>**Defendant** | **Case Number 20–00325–swd**<br><br>**Adv. Pro. No. 20–80016–swd**<br><br>**Chapter 11**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF INTENTION TO DISMISS AND CLOSE ADVERSARY PROCEEDING FOR LACK OF PROGRESS

On January 28, 2020 , Plaintiff commenced the above–captioned adversary proceeding. The Court takes judicial notice from its records that there has been no apparent activity with respect to this adversary proceeding. Therefore, dismissal of the same for lack of progress may be appropriate.

Each of the parties shall have twenty–one (21) days from the service of this notice to file with the Court a written request to keep this case open. Any such request shall include an explanation why there has been no apparent activity with respect to this adversary proceeding together with the reasons why the adversary proceeding should not be dismissed. If a timely request is filed, the Court will not dismiss the case; however, the Court itself may schedule a status conference and issue such other orders as it deems necessary to ensure that satisfactory progress will be made towards concluding the adversary proceeding. If, however, a timely request is not filed, then the Court may dismiss the adversary proceeding without a hearing and without any further notice.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** December 29, 2020

/S/_____
D. Roundtree
Deputy Clerk

Service Date:  December 29, 2020